IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00365-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     CHRISTOPHER LOUIS VALDEZ,

        Defendant.

---

## MINUTE ORDER
---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Valdez is set for **Tuesday, April 10, 2012 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: February 16, 2012